NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LAURIE TIMMONS and )
LAURA'S SECRET, )
                )
       Petitioners, )
                )
v. )      Case No. 2D18-5016
                )
                )
ROBERT L. GRIER, SHAUNA GRIER, )
COURAGEOUS CAT, INC., FLORIDA )
RENOVATION, LLC. AND FRANCE )
CRUISING CORPORATION, )
                )
       Respondents. )
_____ )

Opinion filed July 12, 2019.

Petition for Writ of Certiorari to the Circuit
Court for Sarasota County; Thomas Krug,
Judge.

Christopher M. Sierra of Sierra Law Firm,
Saint Petersburg, for Petitioners.

Melinda Delpech of Band Law Group,
Sarasota, for Respondent Robert L. Grier.

Philip J. Schipani of Schipani & Norman, P.A.
of Sarasota, for Respondent Shauna Grier.

No appearance for remaining Respondents.

PER CURIAM.


       Denied.


KHOUZAM, C.J., and LUCAS and ROTHSTEIN-YOUAKIM, JJ., Concur.